**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SOCORRO MARTINEZ )<br> Plaintiff )<br> )<br>     v.          )<br> )<br>CAROLYN W. COLVIN, )<br> Defendant ) | C.A. No. 13-cv-30117-MAP |

ORDER OF DISMISSAL

February 24, 2014

PONSOR, U.S.D.J.

On June 19, 2013, Plaintiff filed this action seeking a review of the decision of the Commissioner of Social Security. On June 26, 2013, the court ordered Plaintiff to file a motion for an order reversing the Commissioner's decision within forty-two days after the Commissioner filed an answer. The Commissioner's answer was filed on September 3, 2013, along with the SSA Administrative Record.

On October 31, 2013, Plaintiff filed an assented to motion for an extension of time to December 19, 2013 to file the motion for an order reversing the Commissioner's decision. This motion was allowed on November 4, 2013. Since that time, nothing has been filed by Plaintiff.

Based on the foregoing, the court hereby orders this case DISMISSED for violation of the court's orders and for failure to prosecute. The file may now be closed.

It is So Ordered.


                           /s/ Michael A. Ponsor
                           MICHAEL A. PONSOR
                           U. S. District Judge