# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action No. 3:13cv30117-MAP

| | |
|---|---|
| SOCORRO MARTINEZ )<br>Plaintiff )<br>v. )<br> )<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security )<br>Administration, )<br>Defendant ) | |

PLAINTIFF'S F.R.C.P. RULE 60(B)(1) MOTION FOR RELIEF
FROM ORDER OF DISMISSAL DATED FEBRUARY 24, 2014

Now comes the Plaintiff, Socorro Martinez, by and through her attorney, and moves this Court, pursuant to Fed. R. Civ. P. 60(b)(1), for relief from Order of Dismissal Dated February 24, 2014, for the reason of mistake, inadvertence or excusable neglect. As grounds for this motion see attached Affidavit Of Plaintiff's Counsel, filed herewith. Plaintiff further requests that, should this motion be allowed by the Court, that she be allowed fourteen days from such allowance to file and serve her motion for an order reversing the Commissioner's decision

Respectfully submitted,

The Plaintiff, By Her Attorney
FEIN, EMOND & APPLEBAUM, P.C.

/s/ Marcel Emond

Marcel L. Emond, Jr., Esquire
52 Mulberry Street
Springfield, MA 01105
Tel: (413) 781-5400
Fax: (413) 739-0801
BBO#: 154280
Email: memond@fpepc.com
Date: February 24, 2014

*ALLOWED. The motion for order reversing the Commissioner will be filed on or before 3/25/14. So ordered.*

*/s/ Michael A. Ponsor USDJ*
*3-11-14*